Argued and submitted September 13, 2002, affirmed May 12, appellant's petition for reconsideration filed June 4 allowed by opinion August 4, 2004
See 194 Or App 495, 95 P3d 731 (2004)

Tom JOHNSON,
*Appellant,*

*v.*

Ken MORGAN,
an individual,
and Deschutes County,
a political subdivision,
*Respondents.*

99CV-0361-MS; A115061

89 P3d 1286

Roxanne L. Farra argued the cause for appellant. With her on the briefs was Roxanne L. Farra, P.C.

Mark P. Amberg argued the cause for respondents. With him on the briefs was Deschutes County Legal Counsel.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Linder, Judge.

PER CURIAM

Affirmed. *Johnson v. Brown*, 193 Or App 375, 91 P3d 741 (2004).